In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-250 CR


____________________



ALAN KEITH MOTON, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 96034






MEMORANDUM OPINION



 Pursuant to a plea bargain, appellant Alan Keith Moton pled guilty to burglary of a
habitation. On January 30, 2006, the trial court found the evidence sufficient to find Moton
guilty, but deferred further proceedings, placed Moton on community supervision for five
years, ordered Moton to pay restitution in the amount of $1,450, and assessed a $1,000 fine. 
On March 1, 2007, the State filed a motion to revoke Moton's unadjudicated community 
supervision. Moton pled "true" to five violations of the conditions of his community
supervision. The trial court found that Moton violated the terms of his community
supervision, found Moton guilty of burglary of a habitation, and assessed punishment at eight
years of confinement.

 Moton's appellate counsel filed a brief that presents counsel's professional evaluation
of the record and concludes the appeal is frivolous. See Anders v. California, 386 U.S. 738,
87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim. App.
1978). On November 21, 2007, we granted an extension of time for appellant to file a pro
se brief. We received no response from appellant. We reviewed the appellate record, and
we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we
find it unnecessary to order appointment of new counsel to re-brief the appeal. Compare
Stafford v. State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's
judgment. (1)

 AFFIRMED.


 _________________________________

 STEVE McKEITHEN 

 Chief Justice


Submitted on February 27, 2008

Opinion Delivered March 5, 2008

Do Not Publish


Before McKeithen, C.J., Gaultney and Horton, JJ.
1. Appellant may challenge our decision in this case by filing a petition for discretionary
review. See Tex. R. App. P. 68.